IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERMELA MEBRAHTU individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANCHESTER UNIVERSITY,<br><br>Defendant. | Civil Action No.: 3:20-cv-05457-FLW-ZNQ |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hermela Mebrahtu hereby dismisses without prejudice all claims against Manchester University.

Dated: September 11, 2020

**BURSOR & FISHER, P.A.**

By: */s/ Andrew Obergfell*

Andrew Obergfell
888 Seventh Ave
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305)676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiff*

SO ORDERED:

_____
FREDA L. WOLFSON, U.S.C.D.J.   9/14/20